```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Neilson Dain Fletcher</u>

        v.                                    Civil No. 16-cv-189-JL

<u>United States of America, et al.</u>

### O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 11, 2016.

SO ORDERED.

                                                  /s/ Joe Laplante
                                                  _____
                                                  Joseph N. Laplante
                                                  Chief Judge

Date: August 4, 2016

cc:   Neilson Dain Fletcher, pro se